IN RE: Ward, Joseph; — Plaintiff(s); Applying for Supervisory and/or Remedial Writ; Parish of St. John Baptist 40th Judicial District Court Div. “B” Number 93-159; to the Court of Appeal, Fifth Circuit, Number 99-KH-0231
Writ granted; case remanded to consider the merits of relator’s timely-filed application. See La.C.Cr.P. art. 922(B); see also Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988); State ex rel. Johnson v. Whitley, 92-2689 (La.1/5/95), 648 So.2d 909; Tatum v. Lynn, 93-1559 (La.App. 1st Cir.1994), 637 So.2d 796.
MARCUS, J. not on panel.